IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01392–RM–KMT

AMANDA GRIEGO, and
COLBY FRIAS, her minor child by and through his next friend, Amanda Griego,

    Plaintiffs,

v.

OFFICER ALAN STEINHAGE, in his individual and official capacity,
10 UNKNOWN OFFICERS OF THE GREELEY POLICE DEPARTMENT, in their individual and official capacities,
10 UNKNOWN AGENTS OF THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, in their individual and official capacities, and
CITY OF GREELEY, COLORADO, a municipal corporation,

    Defendants.

### MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light Defendants' Response indicating that they consent to the filing of Plaintiffs' First Amended Complaint (Doc. No. 38), "Plaintiffs' Motion for Leave to File First Amended Complaint and Jury Demand" (Doc. No. 32, filed May 1, 2013) is GRANTED. The Clerk of Court is direct to file Plaintiff's "First Amended Complaint and Jury Demand" (Doc. No. 32-1)..

Dated: May 9, 2013