IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01392–RM–KMT

AMANDA GRIEGO, and
COLBY FRIAS, her minor child by and through his next friend, Amanda Griego,

    Plaintiffs,

v.

OFFICER ALAN STEINHAGE, in his individual capacity,
AGENT CHRIS AMON, in his individual capacity,
AGENT NICHOLAS HORN, in his individual capacity,
AGENT ANDREW REMINGTON, in his individual capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Unopposed Motion to Amend Case Caption" (Doc. No. 52, filed May 31, 2013) is GRANTED. Pursuant to Fed. R. Civ. P. 5.2(a)(3), the case caption shall be amended to reflect only the initial, i.e. C.F., of the minor child plaintiff.

Dated: June 4, 2013