IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

**Civil Action No.  12-cv-01392-RM-KMT**

AMANDA GRIEGO, and
C.F., her minor child by and through his next friend, Amanda Griego,

      Plaintiffs,

v.

OFFICER ALAN STEINHAGE, in his individual capacity,
AGENT CHRIS AMON, in his individual capacity,
AGENT NICHOLAS HORN, in his individual capacity, and
AGENT ANDREW REMINGTON, in his individual capacity,

      Defendants.

---

## ORDER

---

      This matter comes before the Court on the Stipulated Motion for Order to Participate in Early Neutral Evaluation (ECF No. 63). The Court finds good cause to grant such motion. Wherefore, it is

      **ORDERED** that the Stipulated Motion for Order to Participate in Early Neutral Evaluation (ECF No. 63) is granted.  Magistrate Judge Tafoya is authorized to conduct an early neutral evaluation and/or a settlement conference in this case.  The parties shall contact Magistrate Judge Tafoya's chambers at 303-335-2780 concerning scheduling.

      DATED July 23, 2013.

                                          BY THE COURT:

                                          _____
                                          RAYMOND P. MOORE
                                          United States District Judge