**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 12-cv-1392-RM-KMT

AMANDA GRIEGO, and
C.F., her minor child by and through his next friend, Amanda Griego,

    Plaintiffs,

v.

OFFICER ALAN STEINHAGE, in his individual capacity,
AGENT CHRIS AMON, in his individual capacity,
AGENT NICHOLAS HORN, in his individual capacity, and
AGENT ANDREW REMINGTON, in his individual capacity,

    Defendants.

_____

**ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE (ECF No. 74)**
_____

THIS MATTER coming before the Court on the Joint Stipulation for Dismissal with Prejudice (ECF No. 74), and the Court being fully advised in the premises:

IT IS HEREBY ORDERED:

This action is hereby dismissed with prejudice.

Each party shall pay their own fees and costs in connection with this action.

DATED this 10th day of October, 2013.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge